UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),                       CASE NO. 06-20626

v.

                                       HONORABLE AVERN COHN

D-2, KENNY MATTHEWS,

       Defendant(s).
_____/

## ORDER GRANTING MOTION TO ADJUST PAYMENT SCHEDULE

Defendant pled guilty to a violation of 18 U.S.C. § 844(h) and 2, Use of Fire to Commit any Federal Felony, Aiding and Abetting and is currently serving a 120 month custody sentence. As part of the sentence defendant was directed to pay $5,685.00 in restitution. Some of the restitution has been paid. Payment of the balance of the restitution shall commence upon defendant's release from custody and accordingly to a schedule recommended by his Probation Officer. Defendant is not be required to pay restitution while in custody.

       SO ORDERED.

Dated: March 8, 2012                    s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Kenny Matthews, 41099-039, FCI Milan, P.O. Box 1000, Milan, MI 48160-1000 and the attorneys of record on this date, March 8, 2012, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160